**2006–2120. State v. Parrish.**
Montgomery App. No. 21206, 2006-Ohio-4161. On motion for leave to file delayed appeal. Motion

denied.

PFEIFER, J., dissents.